FILED at 10:31 A.M.
9/5, 2019
F.P.
Courtroom Deputy
U.S. District Court
Middle District of Georgia

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 1:18-CR-52-LJA |
| vs. | : |
| | : |
| JONATHAN M. JENSEN | : |
| | : |

## CHANGE OF PLEA

I, JONATHAN M. JENSEN having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this 5th day of September, 2019

_____
JONATHAN M. JENSEN
DEFENDANT

_____
CATHERINE WILLIAMS
ATTORNEY FOR DEFENDANT

_____
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY